HAGAR, Appellant, v. REILLY, Respondent. (Supreme Court, Appellate Division, First Department. January 9, 1914.) Action by Marshall S. Hagar, as trustee, against Emma Reilly. R. L. Tarbox, of New York City, for appellant. No opinion. Order reversed, with costs, and verdict reinstated. Settle order on notice.

---

HAHN v. CONRIED METROPOLITAN OPERA CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Jeanette K. Hahn against the Conried Metropolitan Opera Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1119.

---

HALL v. KEIL et al. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Orin H. Hall against John R. Keil and others. No opinion. Judgment affirmed, with costs.

---

HAMILTON, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Robert Hamilton against Samuel Martin and others. No opinion. Judgment affirmed, with costs.

---

HAMMERSTEIN, Appellant, v. CONSTANTINO, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Oscar Hammerstein against Florencio Constantino. A. Beekmann, of New York City, for appellant. T. M. Rowlette, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re HANBURY. (Supreme Court, Appellate Division, Second Department. January 20, 1914.) In the matter of the application of Harry A. Hanbury for a writ of certiorari to Russell Benedict, a Justice of the Supreme Court.

PER CURIAM. Motion granted, and case set down for Friday, January 30, 1914, at 10 a. m. See, also, 146 N. Y. Supp. 44.

JENKS, P. J., not voting.

---

HANCOCK v. HARTFORD FIRE INS. CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by George T. Hancock against the Hartford Fire Insurance Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 81 Misc. Rep. 159, 142 N. Y. Supp. 352.

---

HANNAN, Appellant, v. CARY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Edward J. Hannan against Thomas Cary.

PER CURIAM. Judgment and order affirmed, with costs. Rehearing denied, 145 N. Y. Supp. 1126.

KRUSE, P. J., and LAMBERT, J., dissent, upon the ground that there was such an unauthorized assumption of ownership over the house in question as amounted to a conversion. A specific demand of possession by plaintiff was not necessary under the circumstances.

---

HANNAN, Appellant, v. CARY, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by Edward J. Hannan against Thomas Cary. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 145 N. Y. Supp. 1126.

---

In re HEMLOCK ST. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of the city of New York relative to acquiring title to the lands, etc., required for the purpose of opening and extending Hemlock Street. No opinion. Order affirmed, with $10 costs and disbursements.

---

HENDRICK, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Merton C. Hendrick against Jennie Brown. No opinion. Judgment of the County Court modified, by striking out the provision for $25 costs, and, as modified, affirmed, with costs to the respondent.

---

HERB et al. v. DAY. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Jacob Herb and others against James R. Day. No opinion. Application denied, with $10 costs. Order signed. See, also, 139 N. Y. Supp. 931.

---

HERENDEEN, Appellant, v. WILSON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by James H. Herendeen, as administrator, etc., of Charles W. Edgerton, deceased, against Benton H. Wilson and others.

PER CURIAM. Interlocutory judgment (82 Misc. Rep. 290, 143 N. Y. Supp. 669) modified, by striking out the words "upon the merits," and, as so modified, affirmed, with costs, with leave to the plaintiff to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal.

MERRILL, J., dissents.

---

In re HIETT'S WILL. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) In the matter of the probate of the last will and testament of Lois Hiett, deceased. No opinion. Motion granted to bring in additional parties on this appeal.